# Order

Michigan Supreme Court
Lansing, Michigan

November 20, 2012

145670

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CARL DOUGLAS DONALDSON, II,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 145670
COA: 309696
Oakland CC: 2011-238744-FH

_____/

On order of the Court, the application for leave to appeal the June 20, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

_____
Clerk

t1113